**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar # 135059)
1318 "K" Street
Bakersfield, California 93301
Tel.: (661) 326-0857

Attorney for:
CARLOS JUAN GONZALES

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                PLAINTIFF,<br><br>vs.<br><br>CARLOS JUAN GONZALES,<br><br>                DEFENDANT. | Nº. 06-CR-0071-OWW<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING CONDITIONS OF RELEASE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL, AND UNITED STATES PRETRIAL SERVICES:

On February 24, 2006, Honorable Lawrence J. O'Neill ordered the defendant, CARLOS JUAN GONZALEZ, to be released on a $80,000 property bond with numerous conditions. On March 2, 2006 the property to be used for the bond was appraised at $77,500.00. I am respectfully requesting for the order of release be modified to reflect the property bond be set at $77, 500.00. I have spoken with Government counsel, Virna L. Santos and informed her of the property value appraisal. Due to the value being so close to the original bond order, she has no objection to the property bond being lowered to $77,500.00.

| | |
|---|---|
| Dated: 03/10/2006 | /s/ David A. Torres<br>DAVID A. TORRES<br>Attorney for Defendant |
| | McGREGOR W. SCOTT<br>United States Attorney |
| | By: |
| Dated: | /s/ Virna L. Santos<br>VIRNA L. SANTOS<br>Assistant U.S. Attorney |

# ORDER

The defendant's conditions of release are hereby modified in that the amount of property bond to be posted is hereby reduced to $77,500. All other conditions of release remain unchanged.

IT IS SO ORDERED.

**Dated:   March 15, 2006**                    /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE