**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar # 135059)
1318 "K" Street
Bakersfield, California 93301
Tel.: (661) 326-0857

Attorney for:
CARLOS JUAN GONZALES

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | №. 06-CR-0071-OWW |
| PLAINTIFF, | **STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE** |
| vs. | |
| CARLOS JUAN GONZALES, | |
| DEFENDANT. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DENNIS L. BECK, AND THE UNITED STATES PRETRIAL SERVICES, DAN STARK:

    **IT IS HEREBY STIPULATED**, by the parties below, that the conditions of release be amended to indicate the following:

        1.    Defendant shall refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. However, medical marijuana, prescribed or not, may not be used.

        2.    Defendant shall participate in the CURFEW component of the home confinement program, at his own expense and abide by all the requirement of the program, which will include electronic monitoring. You are restricted to your residence everyday

1    from 9:00p.m. to 5:00 a.m., as directed by the Pretrial Services Officer; and,

2    3.    All other previously ordered terms and conditions of release remain in full force and

3    effect.

4    The parties below hereby agree to the amended conditions of release

5

Dated: 01/30/2007                          /s/ David A. Torres
6                                           DAVID A. TORRES
                                            Attorney for Defendant
7

8                                           /s/Carlos Juan Gonzales
                                            Carlos Juan Gonzales
9                                           DEFENDANT

10

11                                          McGREGOR W. SCOTT
                                            United States Attorney
12                                 By:
Dated: 01/31/2007                          /s/Virna L. Santos
13                                          VIRNA L. SANTOS
                                            Assistant U.S. Attorney
14

15

16

17                          **ORDER**

18    **IT IS HEREBY ORDERED** that the Conditions of Release be amended as indicated

19    within the foregoing stipulation.

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19                                                          IT IS SO ORDERED.

20   **Dated:    January 31, 2007**                    /s/ Lawrence J. O'Neill
     b9ed48                                     UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28