**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936

Attorney for Defendant
CARLOS JUAN GONZALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06-CR-0071-OWW |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| CARLOS JUAN GONZALES, | |
| DEFENDANT | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE OLIVER

W. WANGER; AND VIRNA L. SANTOS, ASSISTANT UNITED STATES ATTORNEY:

     **COMES NOW** Defendant, CARLOS JUAN GONZALES, by and through his attorney

of record, DAVID A. TORRES hereby requesting that the change of plea hearing currently set

for 03/05/2007 be continued to 04/02/2007 at 9:00 a.m. or a date convenient to court and

counsel.

     I am respectfully requesting a continuance of change of plea hearing because I am

currently  involved in a State jury trial for the matter of *People v. Juan Rodriguez*. Therefore, I

will be unable to proceed with the change of plea hearing. I have been in contact with Ms. Santos

and she has no opposition to this request.

     Based upon the foregoing, I respectfully request that the change of plea hearing be

1  continued to April 2, 2007.

2

3        The parties also agree that the delay resulting from the continuance shall be excluded in

4  the interest of justice pursuant to 18 U.S.C. §3161 (H)(8)(A).

5  Dated: 03/01/2007

6                                          /s/ David A. Torres
                                           DAVID A. TORRES
7                                          Attorney for Defendant

8

9                                          McGREGOR W. SCOTT
                                           United States Attorney
10

11 Dated: 03/01/2007                       By /s/ Virna L. Santos
                                           VIRNA L. SANTOS
12                                         Assistant U.S. Attorney

13                              **ORDER**

14        IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C.

15 §3161(h)(8)(A).

16 IT IS SO ORDERED.

17
   **Dated:    March 6, 2007**              **/s/ Oliver W. Wanger**
18 emm0d6                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

---